IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.No. CR 05 68S |
| | ) | |
| vs. | ) | In violation of 18 U.S.C. § 922(g)(1) |
| | ) | |
| JAMES WIGGINS | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about October 13, 2004, in the District of Rhode Island, the defendant JAMES WIGGINS, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a firearm, to wit: a .380 caliber Bryco handgun, serial number 1320922.

In violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
United States Attorney

PETER F. NERONHA
Assistant U.S. Attorney

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

Dated: June 8, 2005