**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-68S** **DATE: June 21, 2005**

**TITLE: USA v. James Wiggins**

**U.S. MAGISTRATE JUDGE ROBERT W. LOVEGREEN**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Zech Chafee, AUSA
Norman Landroche, Esq. for William J. Murphy, Esq.
Charleen Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Arraignment:

Deft informed of charge and rights.
Deft understands charge and rights.
Deft pleads not guilty.
Govt gives the facts of the case.
Govt requests detention.
Deft requests bail.
Deft remanded to custody.
Arraignment order entered by the Court.