AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

United States of America

v.

James Wiggins

APPEARANCE

CASE NUMBER: CR 05 68S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

James Wiggins

I certify that I am admitted to practice in this court.

June 21, 2005
*Date*

William J Murphy (NLLJT · #6056)
*Signature*

William J Murphy 4258
*Print Name* *Bar Number*

127 Dorrance ST 2ND Floor
*Address*

Providence R.I. 02903
*City* *State* *Zip Code*

(401) 490-3200 (401) 490-3207
*Phone Number* *Fax Number*

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.