AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

James Wiggins

APPEARANCE

CASE NUMBER: CR 05-68S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

James Wiggins
for arraignment.

I certify that I am admitted to practice in this court.

6-21-05.
*Date*

[signature]
*Signature*

Norman L. Landrey Jr. #6056
*Print Name* *Bar Number*

127 Dorrance St
*Address*

Providence RI 02903
*City* *State* *Zip Code*

490-3200
*Phone Number* *Fax Number*

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.