1033261

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JAMES WIGGINS

**WARRANT FOR ARREST**

CASE NUMBER: CR05-68S

RECEIVED
JUN 08 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAMES WIGGINS
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FELON IN POSSESSION OF A FIREARM

in violation of Title 18 United States Code, Section(s) 922(g)(1)

| | |
|---|---|
| JEANNINE THEALL<br>Name of Issuing Officer | DEPUTY CLERK<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | June 8, 2005 - PROVIDENCE, RI<br>Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Providence US Marshals | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER<br>Eric Yankee ATF S/A | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
| DATE OF ARREST<br>6/21/05 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.