UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR. NO.: 05-68S |
| | : | |
| JAMES WIGGINS | : | |

FILED IN OPEN COURT on 7/19/05 @ 9:17 a.m.

## MOTION TO CONTINUE TRIAL CALENDAR

Now comes the Defendant, James Wiggins, in the above-entitled matter and hereby requests this Honorable Court to continue the Trial Calendar currently scheduled on Tuesday, July 19, 2005 for the following reasons:

1. Defendant was arraigned on June 21, 2005.
2. Only four (4) weeks have passed since Defendant's Arraignment.
3. Discovery has been exchanged on this date between the parties.
4. Assistant United States Zechariah Chafee has no objection to this continuance.

WHEREFORE, your Defendant prays that his Motion to Continue Trial Calendar be granted.

Respectfully submitted,
James Wiggins,
By his Attorney,

William J. Murphy (WLL Jr. #6056)

William J. Murphy #4258
MURPHY & FAY, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

# CERTIFICATION

I, the undersigned, hereby certify that I hand-delivered a true and accurate copy of the within Motion to: Zechariah Chafee, Esquire, AUSA, U. S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island 02903 on this, the 19TH day of July, 2005.