**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR.No. 05-068S** |
| | : | |
| **JAMES WIGGINS** | : | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S DISCOVERY MOTION**

Comes now the United States of America and Objects to Defendant Discovery Motion for reasons set forth in accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on this 19th day of August, 2005, I faxed a copy of the within Government's Objection to Defendant's Discovery Motion, to the following:

William J. Murphy
MURPHY & FAY, LLP
127 Dorrance Street - 2nd Floor
Providence, RI 02903

Paula Hersey

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR.No. 05-068S** |
| | : | |
| **JAMES WIGGINS** | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S OBJECTION TO DEFENDANT'S DISCOVERY MOTION**

## I. FACTS:

This is a straight forward case. Two police officers on patrol in a high crime area saw a group of people standing in front of a building. As the officer approached, defendant Wiggins walked away from the group, over to a toy car in the driveway, and put a black pistol under the toy car. Defendant was arrested and the pistol seized. Defendant is a felon. Defendant made no admissions.

## II. THE GOVERNMENT OBJECTS TO DISCLOSING ANYTHING BEYOND THAT SET FORTH IN THE PRE-TRIAL DISCOVERY ORDER:

The government has turned over to the defense the police and ATF reports in the case. The gun and ammunition are available for inspection. Defendant's criminal record has been revealed.

1. There is no electronic surveillance involved.

2. Defendant made no statements other than booking information.

3. Defendant's record has been disclosed.

4. The law enforcement reports have been turned over.

5. The gun is in working order. There were no further tests such as psychological exams.

6. There wee no co-conspirators.

7. Defendant's prior conviction is the prior bad act.

8. There is no exculpatory evidence know to the prosecutor.

1-6 The seizure of the pistol is described in the reports disclosed.

**RULES OF EVIDENCE**

A. a-d No admissions were made.

B. a-f The government intends to offer no statements. There is a certificate of conviction and court file documents. The government may offer fingerprints from prior arrest.

C. N/A

D. N/A

E. N/A

F. N/A

G. The government may use the prior conviction to impeach defendant should he testify.

H. This request is overbroad. The government will not engage in a fishing expedition through all witnesses's life histories. Defendant is not entitled to review the officers personnel files.

Respectfully submitted,
ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August, 2005, I served by first class mail, postage prepaid, a copy of the within Government's Memorandum in Support of its Objection to Defendant's Discovery Motion to the following:

William J. Murphy
MURPHY & FAY, LLP
127 Dorrance Street - 2nd Floor
Providence, RI 02903