AUG

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 19
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : CR. NO. : 05-68S
:
JAMES WIGGINS :

## MOTION FOR DISCOVERY AND DISCLOSURE

Defendant by his counsel, hereby moves pursuant to Federal Rules of Criminal Procedure 12 (d) (2) 16 and 11, Federal Rules of Evidence, and Sections 2510-2520, 3500, of Title 18 United States Code and Fourth, Fifth and Sixth Amendments to the United States Constitution, for an order granting discovery as follows:

## I
## FEDERAL RULES OF CRIMINAL PROCEDURE
## RULE 12 (d) (2), 16

1. Electronic Surveillance: Disclosure of the date, nature and circumstances of the acquisition of any evidence intended to be used in this prosecution derived, directly or indirectly, from any search and seizure, identification procedure, electronic surveillance, interrogation, mail cover, and use of any form of civil investigative demand.

2. Statements of Defendant:

A. Defendant requests inspection and copying of any relevant written or recorded statements made by him, or copies thereof, within the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence, may become known to any attorney for he government; the substance of any oral statements made by him which the government intends to offer in evidence at the trial and which were made in response to interrogation by any person then known to the defendant to be a government agent. Rule 16 (a) (1) (A), F.R. Crim. P.

Referred to U.S.M.J. MARTIN
☐ for findings & recommendation
☐ for determination
☐ ______________
William E. Smith, U.S. District Judge
Date: 8/2/05

Passed per letter from counsel of August 22, 2005.

David L. Martin
DAVID L. MARTIN, USMJ
August 23, 2005