AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

USA v. James Wiggins

CASE NUMBER: 05-68S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Zechariah Chafee, AUSA | William Murray, Esquire |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| September 7-8, 2005 | Anne Clayton | Doreen L. Baldinelli |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 6 | | 9/7/05 | | Full | Stipulation |
| | | | | | W-1 Thomas Zincone |
| 3 | | 9/7/05 | ID | Full | Photo: Street light and driveway |
| 2 | | 9/7/05 | ID | Full | Photo: tree and Driveway |
| 1 | | 9/7/05 | ID | Full | Photo front of driveway |
| 4 | | 9/7/05 | ID | Full | Light Pole and Driveway |
| 5 | | " " | ID | Full | Bryco .380 caliber handgun |
| | L | " " | ID | Full | Photograph From Taylor Street. |
| | J | " " | ID | Full | Photograph from Taylor Street |
| | M | " " | ID | Full | Photograph from Taylor St. |
| | H | | ID | Full | Photograph from Taylor Street |
| | | | | | W-2 Dennis O'Brien |
| | F | " " | ID | Full | Photograph from Taylor Street |
| 7 | | " " | ID | | W-3 Albert DeCristofano |
| | | | | Full | Photo of Gun |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA v. James Wiggins

CASE NUMBER: 05-68S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | N | 9/7/05 | ~~ID~~ | Full | Photograph of Gun with lighting |
| | O | " " | ~~ID~~ | Full | Photograph of toy car. |
| 8 | | " " | ~~ID~~ | Full | Witness Statement. |
| | | | | | W-4 Agent Kevin McNamara. |
| | | 9/8/05 | | | Day 2 of Jury trial |
| | | | | | W-5 James Wiggins. |
| | | | | | Rebuttal Witness. |
| | | | | | S.T. West. |