# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

---

**CASE NUMBER: CR05-68S** **September 7-8, 2005**

**TITLE: USA V. JAMES WIGGINS**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

---

**COUNSEL PRESENT: Government - Zechariah Chafee, AUSA**
**Defendant - William Murphy, Esquire**

**RE: Jury Trial Day 1 - 9:30 a.m. - 5:00 p.m.**

**Proceedings: All counsel of record present; Defendant present; Jurors present; Court addresses the jurors; Opening statements heard by Attorney Chafee (Government); Opening statements heard by Attorney Murphy; W-1 Patrolman Thomas Zincone; W-1 Sworn; W-1 DX by Attorney Chafee; CX by Attorney Murphy; RDX by Chafee; RCX by Murphy; W-2 Sgt. Dennis O'Brien; W-2 Sworn In; W-2 DX by Chafee; CX by Murphy; RDX by Chafee; W-3 Det. Albert DeCristefano; W-3 Sworn In; W-3 DX by Chafee; CX by Murphy; RDX by Chafee; RCX by Murphy; W-4 Agent Kevin McNamara; W-4 Sworn In; W-4 DX by Chafee; CX by Murphy; RDX by Chafee; Government rest; Jurors excused; Defendant moves for a Motion for Judgment of Acquittal; Court denies defendant's Oral Motion for Judgment of Acquital; Court takes recess.**

**RE: Jury Trial Day 2 - 9:36 a.m. - 12:34 p.m., 4:30 - 5:00 p.m.**

**Proceedings: All counsel of record present; Defendant present; Jurors present; W-5 James Wiggins, W-5 Sworn In; DX by Attorney Murphy; CX by Chafee; RDX by Murphy; Defendant rest; Government calls rebuttal witness 2; DX by Chafee; CX by Murphy; Defendant calls rebuttal witness #1 (J.T. West), Sworn In; DX by Murphy; CX by Chafee; Closing Arguments heard by the Government; Closing arguments heard by the Defendant; Rebuttal arguments heard by the Government; Court charges the jury; CSO sworn in; Jury out. Jury in. Verdict read by Court; Defendant found guilty as to Count I; Sentencing set for Friday, December 16, 2005 at 10:30 a.m. Defendant remanded into Court.**