UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JAMES WIGGINS, Defendant. | CR No. 05-068-S |

JURY VERDICT FORM

1. As to Count I of the Indictment, we the jury find the Defendant, James Wiggins,

✓ GUILTY

_____ NOT GUILTY

Signature of Foreperson

Date: 9/8/05