UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

VS. CR05-68S

JAMES WIGGINS
Defendant

**ORDER**

For the reasons stated in open Court on September 8, 2005, Defendant's Oral Motion for Judgment of Acquittal is DENIED.

BY ORDER:

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 9/9/05