**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **NO.: 05-68S** |
| | : | |
| **JAMES WIGGINS** | : | |

**MOTION FOR NEW TRIAL**

Now comes the Defendant, James Wiggins, in the above-entitled matter and hereby motions this Honorable Court to grant him a new trial pursuant to Rule 33 of the Federal Criminal Code.

Defendant requests additional time to submit a supplemental memorandum of law.

Respectfully submitted,
James Wiggins,
By his Attorney,

William J. Murphy /dmr

William J. Murphy #4258
MURPHY & FAY, LLP
127 Dorrance Street - 2nd Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3200
Facsimile: (401) 490-3207

**CERTIFICATION**

I, the undersigned, do hereby certify that I mailed a true and accurate copy of the within by regular postage pre-paid mail to Zechariah Chafee, Esquire, Assistant United States Attorney, Fleet Center 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island 02903 on the 13th day of September, 2005.

Donna M. Rogers