FILED
SEP 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : NO.: 05-68S
:
JAMES WIGGINS :

**MOTION FOR EXTENSION OF TIME**

Now comes the Defendant, James Wiggins, in the above-entitled matter and hereby motions this Honorable Court to extend the time within which to file the supplemental memorandum of law in support of Motion for New Trial for thirty days up to and including Thursday, October 13, 2005.

GRANTED
WmM
William E. Smith
U.S. District Judge
9/29/05

Respectfully submitted,
James Wiggins,
By his Attorney,

William J. Murphy /dmr

William J. Murphy #4258
MURPHY & FAY, LLP
127 Dorrance Street - 2nd Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3200
Facsimile: (401) 490-3207

**CERTIFICATION**

I, the undersigned, do hereby certify that I mailed a true and accurate copy of the within by regular postage pre-paid mail to Zechariah Chafee, Esquire, Assistant United States Attorney, Fleet Center 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island 02903 on the 14th day of September, 2005.

Donna M. Rogers