USA
Plaintiff

VS: CR ~~04-89S~~ 05-68S

James Wiggins
Defendant

# EXHIBIT RECEIPT

Exhibit - Handgun and Magazine

ERIC YANKEE [signature]
~~Attorney~~
S/A ATF

[signature]
Deputy clerk