USA
Plaintiff

VS: CR05-68S ~~CR04-89S~~

James Wiggins
Defendant

# EXHIBIT RECEIPT

Exhibit # 1, 2, 3, 4, 6, 7, 8 ~~and Handgun with attached magazine~~ des

Zachariah Chafee
Attorney 3.22.06

Deputy clerk

30