USA
Plaintiff

VS:

CR05-68S
~~CR04-89S~~

James Wiggins
Defendant

# EXHIBIT RECEIPT

Exhibit F, H, J, L, M, N, O

Attorney

Deputy clerk